UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NGUYEN,<br><br>        Plaintiff,<br><br>v.<br><br>RAMI ELGHANDOUR, et al.,<br><br>        Defendants. | Case No. 18-cv-06695-VC<br><br>**ORDER STAYING CASE**<br><br>Re: Dkt. No. 27 |

This case is stayed pending resolution of the motion to dismiss in *Oklahoma Police Pension & Retirement System v. Nevro Corp.*, 3:18-cv-05181-VC. Within two weeks of this Court's order disposing of that motion, the parties in this case should file a joint status report proposing how the case should proceed.

**IT IS SO ORDERED.**

Dated: January 25, 2019

_____
VINCE CHHABRIA
United States District Judge