| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Matthew Rawlinson (Bar No. 231890) |
| 2 |     *matt.rawlinson@lw.com* |
| | 140 Scott Drive |
| 3 | Menlo Park, California 94025 |
| | Telephone: +1.650.328.4600 |
| 4 | Facsimile: +1.650.463.2600 |
| 5 | LATHAM & WATKINS LLP |
| |    Elizabeth Deeley (Bar No. 230798) |
| 6 |     *elizabeth.deeley@lw.com* |
| |    Grant E. Strother (Bar No. 284612) |
| 7 |     *grant.strother@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 8 | San Francisco, California 94111 |
| | Telephone: +1.415.391.0600 |
| 9 | Facsimile: +1.415.395.8095 |
| 10 | Attorneys for Defendants |
| | NEVRO CORP., RAMI ELGHANDOUR, |
| 11 | ANDREW GALLIGAN, MICHAEL DEMANE, ALI |
| | BEHBAHANI, LISA EARNHARDT, FRANK |
| 12 | FISCHER, WILFRED E. JAEGER, SHAWN T. |
| | MCCORMICK and BRAD VALE |
| 13 | [Additional counsel appears on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID NGUYEN, Derivatively and on Behalf of NEVRO CORP., | CASE NO. 3:18-cv-06695-VC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING VOLUNTARY DISMISSAL** |
| v. | Judge: The Honorable Vince Chhabria |
| RAMI ELGHANDOUR, ANDREW GALLIGAN, MICHAEL DEMANE, ALI BEHBAHANI, LISA EARNHARDT, FRANK FISCHER, WILFRED E. JAEGER, SHAWN T. MCCORMICK and BRAD VALE, | Date Action Filed: November 3, 2018 |
| Defendants, | |
| and | |
| NEVRO CORP., | |
| Nominal Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL

1    WHEREAS, on November 3, 2018, plaintiff David Nguyen ("Plaintiff") filed a
2 putative stockholder derivative action (the "Action") on behalf of nominal defendant Nevro
3 Corp. ("Nevro" or the "Company") alleging violations of law—including federal securities
4 law—and breaches of fiduciary duty against certain of the company's officers and directors
5 (collectively, the "Individual Defendants," and with the Company, "Defendants") (Plaintiff and
6 Defendants are collectively referred to herein as the "Parties");

7    WHEREAS, on January 7, 2019, the Parties filed a stipulation and proposed order
8 (Dkt. 27, "January 7 Stipulation") to stay the Action in anticipation of Nevro's motion to dismiss
9 a factually related and earlier-filed securities class action pending in this Court and captioned as
10 *Oklahoma Police Pension and Retirement System v. Nevro Corporation, et al.,* 18-cv-05181-VC
11 (the "Class Action"), in which the plaintiffs asserted federal securities claims against the
12 Company and certain of its officers and directors;

13    WHEREAS the January 7 Stipulation stated that "the Parties agree that a ruling
14 on Nevro's anticipated motion to dismiss the Class Action may inform the manner in which this
15 Action proceeds";

16    WHEREAS, on January 25, 2019, the Court issued an order staying this Action
17 (Dkt. 31);

18    WHEREAS, on August 1, 2019, the Court granted Nevro's motion to dismiss the
19 Class Action and subsequently issued a final judgment in Nevro's favor in the Class Action;

20    WHEREAS, on August 26, 2019, the Court issued an order lifting the stay in this
21 Action and directing the parties to "file a joint status report proposing how [the Action] should
22 proceed" (Dkt. 32);

23    WHEREAS, in light of the Court's ruling on Nevro's motion to dismiss the
24 factually related Class Action, Plaintiff desires to dismiss this Action without prejudice, and the
25 Parties have agreed to the voluntary dismissal of this Action without prejudice pursuant to
26 Federal Rule of Civil Procedure 41(a) with each party to bear its own costs;

27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL

1    WHEREAS, neither Nominal Defendant Nevro nor Defendants have made or
2 promised any payment, direct or indirect, to Plaintiff or his counsel in consideration of the
3 dismissal of this Action;
4    WHEREAS, no Party shall seek reimbursement from any other party of any fees,
5 costs, expenses, or damages in connection with the filing, prosecution, defense or dismissal of
6 this Action;
7    WHEREAS, this Stipulation Regarding Voluntary Dismissal is without prejudice
8 and does not constitute or imply any admission or confession by any party regarding the basis for
9 the Plaintiff's allegations in the Action or the merits of any claims or defenses raised therein;
10    **NOW, THEREFORE,** the Parties hereby jointly request that the Court enter an
11 Order: Dismissing Plaintiff's claims and this Action without prejudice pursuant to Federal Rule
12 of Civil Procedure 41(a), with each party to bear their own costs and attorneys' fees.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL

IT IS SO STIPULATED

Dated: September 6, 2019

                                          LATHAM & WATKINS LLP
                                              Matthew Rawlinson (SBN 231890)


By /s/ Matthew Rawlinson
Matthew Rawlinson

Attorney for Defendants
NEVRO CORP., RAMI ELGHANDOUR,
ANDREW GALLIGAN, MICHAEL
DEMANE, ALI BEHBAHANI, LISA
EARNHARDT, FRANK FISCHER, WILFRED
E. JAEGER, SHAWN T. MCCORMICK and
BRAD VALE

Dated: September 6, 2019

                                          THE ROSEN LAW FIRM, P.A.
                                            Laurence M. Rosen, Esq. (SBN 219683)


By /s/ Laurence M. Rosen
Laurence M. Rosen

Attorneys for Plaintiff
DAVID NGUYEN

THE BROWN LAW FIRM, P.C.
Timothy W. Brown
Counsel for Plaintiff
DAVID NGUYEN

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL

**FILERS ATTESTATION**

Pursuant to Civil L.R. 5-1 (i)(3), regarding signatures, I attest that concurrence in the Filing of the document has been obtained from each of the other signatories.

DATED: September 6, 2019                    /s/ Matthew Rawlinson
                                            Matthew Rawlinson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL

# [PROPOSED] ORDER

The Court has received and reviewed the parties' Stipulation Regarding Voluntary Dismissal. Based upon that Stipulation and for good cause shown, IT IS HEREBY ORDERED THAT the above-captioned Action and Plaintiff's claims in the Verified Shareholder Derivative Complaint (Dkt. 1) are hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 6, 2019

Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

6

Case Number: 3:18-cv-06695-VC
STIPULATION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL